AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

---

**OFFENSE CHARGED**

Count 1: 8 USC section 1326,
Illegal Re-Entry After Deportation

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
Count 1: 20 years imprisonment; $250,000.00 fine; 3 years supervised release; $100.00 special assessment; deportation

**DEFENDANT - U.S.**

▶ ERNESTO ALBERTO GONZALEZ

**DISTRICT COURT NUMBER**

CR 07 0478 SI

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)
DHS/ICE Deportation Officer Moser

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.
3-07-70431 JL

Name and Office of Person Furnishing Information on THIS FORM  **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)  Allison Marston Danner  AMD

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☑ Yes  ☐ No  } If "Yes" give date filed

**DATE OF ARREST** ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶  Month/Day/Year  7/20/2007

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT  Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

<mark>SCOTT N. SCHOOLS (SCBN 9990)</mark>
United States Attorney

W. DOUGLAS SPRAGUE (CASBN 202121)
Acting Chief, Criminal Division

ALLISON MARSTON DANNER (CASBN 195046)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7144
   Fax: (415) 436-7234
   Email: allison.danner@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR 07 0478

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. |
| Plaintiff, | VIOLATION: Title 8, United States Code, Section 1326 – Illegal Reentry by an Alien After Deportation |
| v. | |
| ERNESTO ALBERTO GONZALEZ, | SAN FRANCISCO VENUE |
| Defendant. | |

## INFORMATION

The United States Attorney charges:

On or about July 18, 2007, the defendant,

**ERNESTO ALBERTO GONZALEZ,**

an alien, having been previously excluded, deported, and removed from the United States, was found in the Northern District of California, the Attorney General of the United States and the

INFORMATION

1  Secretary for Homeland Security not having expressly consented to a reapplication by the
2  defendant for admission into the United States, in violation of Title 8, United States Code,
3  Section 1326.
4
5
6  DATED: July 23, 2007                          SCOTT N. SCHOOLS
                                                 United States Attorney
7
8                                                /s/ Ioana Petrou
                                                 IOANA PETROU
9                                                Chief, Major Crimes Section
10
11
12  (Approved as to form: /s/ Allison ____ )
13                        AUSA DANNER
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INFORMATION                                    2