AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED
2007 JUL 24 AM 11: 33
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA

UNITED STATES OF AMERICA
V.
ERNESTO ALBERTO GONZALEZ

**WAIVER OF INDICTMENT**

CASE NUMBER: 07 - 478 SI

I, ERNESTO ALBERTO GONZALEZ, the above named defendant, who is accused of

Illegal Reentry of a Removed Alien, in violation of Title 8, United States Code, Section 1326,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____7/24/2007_____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Ernesto A. Gonzalez*
Defendant

*[signature]*
Counsel for Defendant

Before *[signature]*
Judge