1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
3  W. DOUGLAS SPRAGUE (CASBN 202121)
   Acting Chief, Criminal Division
4  ALLISON MARSTON DANNER (CASBN 195046)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone:  (415) 436-7144
7      Fax:  (415) 436-7234
       Email: allison.danner@usdoj.gov
8
   Attorneys for Plaintiff
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13 | UNITED STATES OF AMERICA,        ) | No. CR 07-0478 SI
14 |         Plaintiff,               ) | STIPULATION AND [PROPOSED]
   |                                  ) | ORDER EXCLUDING TIME FROM
15 |     v.                           ) | SPEEDY TRIAL ACT CALCULATION
   |                                  ) | (18 U.S.C. § 3161(h)(8)(A))
16 | ERNESTO ALBERTO GONZALEZ,        )
17 |         Defendant.               )
   |                                  )
18

19     With the agreement of the parties in open court, and with the consent of defendant

20 Ernesto Alberto Gonzalez, the Court enters this order documenting defendant's exclusion of time

21 under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from July 24, 2007 through September 7,

22 2007, the date of defendant's first appearance in District Court.  The parties agree, and the Court

23 finds and holds, as follows:

24     1. Defendant was first arraigned on a complaint alleging a one-count violation of 8

25 U.S.C. § 1326 on July 20, 2007 before Magistrate Judge Vadas.  On July 24, 2007, Chief

26 Magistrate Judge Larson arraigned defendant on an information charging a one-count violation of

27 8 U.S.C. § 1326 .  Defendant is scheduled to make his first appearance before Judge Illston on

28 September 7, 2007.

2. On July 24, 2007, defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation in this case, taking into account the exercise of due diligence. Defendant requested this time exclusion in order to allow his counsel time to review discovery that has recently been provided by the government and discovery that has not yet been provided by the government and to ensure continuity of defense counsel.

3. Given these circumstances, the Court found that the ends of justice served by excluding the period from July 24, 2007 through September 7, 2007 outweigh the best interest of the public and the defendant in a speedy trial. Id. at § 3161(h)(8)(A).

4. Accordingly, and with the consent of the defendant at the hearing on July 24, 2007, the Court ordered that the period from July 24, 2007 through September 7, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: July 24, 2007             _____/s/_____
                                 GEOFFREY HANSEN
                                 Attorney for Defendant


DATED: July 24, 2007             _____/s/_____
                                 ALLISON MARSTON DANNER
                                 Assistant United States Attorney


IT IS SO ORDERED.


DATED: _____            _____
                                 JAMES LARSON
                                 Chief United States Magistrate Judge