**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date: 9/7/07

Case No.   CR-07-0478 SI           Judge:  SUSAN ILLSTON

Title:  UNITED STATES -v- ERNESTO ALBERT GONZALEZ (C)(SP.INT- BASKER)

Attorneys:   A. Danner           G. Hansen

Deputy Clerk:  Tracy Sutton   Court Reporter: Columbini

**PROCEEDINGS**

1) Change of Plea - HELD

2) 
3) 
Order to be prepared by:  ( )Pltf    ( )Deft    ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN     ( ) SUBMITTED
                                                              PART

Case continued to **10/19/07   @ 11:00 a.m.**   for Judgment & Sentence

Case continued to  **@ 11:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to  @   for Pretrial Conference

Case continued to  **@ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay: _____
**Delay begins:          Delay ends:**
(              )

ORDERED AFTER HEARING:
The parties filed a written plea agreement in open court.
The defendant plead guilty to a single count information.


(SPEEDY TRIAL DEADLINE AS OF TODAY: )