# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

**FILED**
SEP X 7 2007
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Number: CR07-478 SI _____ SI

Defendant's Name: Ernesto Gonzalez

Defense Counsel: G. Hansen

Due Date: 10/19/07 @ 11:00

## NOTICE TO DEFENSE COUNSEL

The Court has directed that a ✓ Presentence Investigation  *fast track*

_____ Bail Investigation

_____ Bail Supervision

_____ Postsentence Investigation

_____ 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the **PROBATION OFFICE, ROOM 17-6884, BEFORE LEAVING THE COURTHOUSE today** to make the necessary arrangements.

---

For use of Courtroom Deputies
Is defendant in custody?  Yes
Is defendant English speaking?  No / Spanish
What is defendant's address?

Richard W. Wieking
Clerk

by: _____
T. Sutton, Deputy Clerk

cc: U.S. Probation Office