UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 10/19/07

Case No. __CR-07-0478 SI__    Judge: __SUSAN ILLSTON__

Title: __UNITED STATES__ -v- __ERNESTO ALBERT GONZALEZ (C)(p) (SP.INT- BASKER)__

Attorneys: __A. Danner__    __G. Hansen__

Deputy Clerk: __Tracy Sutton__   Court Reporter: __S. Wilson__

**PROCEEDINGS**

1) __Judgment & Sentence - HELD__

2) _____
3) _____

Order to be prepared by: ( )Pltf  ( )Deft  ( )Court

Disposition : ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN PART    ( ) SUBMITTED

Category of Excludable Delay: _____
**Delay begins:**    **Delay ends:**
(            )

ORDERED AFTER HEARING:
Cust: 51 months
Sup. Release w/special condition
Sp. Ass: $100.00
No Fine
The defendant shall be transferred to the Dublin Facility so that he can receive the proper medical treatment.

(SPEEDY TRIAL DEADLINE AS OF TODAY: )