IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, | No. C 07-00478SI |
| Plaintiff, | **NOTICE** |
| v. | |
| GONZALEZ, | |
| Defendant. | |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT defendant has filed a motion for modification of term of imprisonment.  All parties shall file a response to this motion on or before September 29, 2008.

Dated: September 15, 2008         RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk