1  BARRY J. PORTMAN
   Federal Public Defender
2  GEOFFREY A. HANSEN
   Chief Assistant Federal Public Defender
3  19th Floor Federal Building – Box 36106
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant GONZALEZ
6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,         )    No. CR-07-478 SI
                                     )
12          Plaintiff,                )   **COURT-ORDERED RESPONSE TO**
                                     )    **DEFENDANT'S MOTION FOR**
13 vs.                                )   **REDUCTION OF SENTENCE**
                                     )
14 ERNESTO ALBERTO GONZALEZ,         )
                                     )
15          Defendant.                )
   _____ )
16

17     The defendant in this matter has submitted a motion to reduce his sentence pursuant to 18

18 U.S.C. § 3582 and USSG Amendment 706. This Court ordered the parties to review the motion

19 and to file a response.

20     The defendant was convicted of illegal reentry, and received a 51 month sentence. The

21 amendment to the guidelines which the defendant uses as the basis for his motion refers to the

22 crack cocaine guidelines, not the illegal reentry guidelines. Unfortunately, because the guidelines

23 for illegal reentry have not changed, undersigned counsel cannot join in the motion because there

24 are no legal grounds which would support it.

25

26

1

Dated: September 16, 2008

          Respectfully submitted,

          BARRY J. PORTMAN
          Federal Public Defender

          /S/

          GEOFFREY A. HANSEN
          Chief Assistant Federal Public Defender